IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 18-cr-00376-GPG-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HANLEY FROST, JR.,

    Defendant.

---

### GOVERNMENT'S MOTION TO RESTRICT DOCUMENT
---

    The United States of America, by and through United States Attorney Cole Finegan and the undersigned Assistant United States Attorney, respectfully moves to restrict document [ECF # 139] and attachments, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

    Dated this 31st day of May 2023.

                                           COLE FINEGAN
                                           United States Attorney

                                           By:  s/ *Jeffrey K. Graves*
                                           Jeffrey K. Graves
                                           Assistant United States Attorneys
                                           835 E 2nd Avenue, Suite 410
                                           Durango, Colorado 81301
                                           Telephone: (970) 247-1514
                                           Email: jeffrey.graves@usdoj.gov
                                           Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

ialt@gmalawyers.com

*s/Amy Connor*
Amy Connor
Paralegal Specialist
U.S. Attorney's Office
835 E 2nd Avenue, Suite 410
Durango, Colorado 81301
(970) 247-1514 phone
(970) 247-8619 fax
Amy.connor@usdoj.gov
